FITZGERALD, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. December 2, 1910.) Action by Annie M. Fitzgerald against the City of New York. T. Connoly, for appellant. G. M. Curtis, for respondent. No opinion. Judgment affirmed, with costs, on People ex rel. Pardee v. Coggey, 132 App. Div. 268, 117 N. Y. Supp. 65. Order filed.

FITZGERALD, Respondent, v. FITZGERALD, Appellant. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by Julia E. Fitzgerald against Edward F. Fitzgerald. N. A. Stancliffe, for appellant. J. H. Baer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FITZWATER, Appellant, v. WARREN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 30, 1910.) Action by Jay W. Fitzwater against Guy S. Warren and another.

PER CURIAM. Judgment reversed, and new trial ordered, with costs to appellant to abide event. Held, that plaintiff's alleged assumption of risk, his contributory negligence, and the negligence of the defendants were questions for the jury.

WILLIAMS, J., dissents, upon the ground of assumed risk and contributory negligence.

FLANNERY v. AUBREY et al. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by Neil A. Flannery against Albert J. Aubrey and others. No opinion. Motion to dismiss appeal as to defendant Aubrey granted, with $10 costs. Order filed.

FLASTERSTEIN, Respondent, v. KINGS COUNTY LIGHTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Edward L. Flasterstein against the Kings County Lighting Company. No opinion. Judgment and order of the Municipal Court unanimously affirmed, with costs.

FLECK, Appellant, v. NEIDEL et al., Respondents (two cases). (Supreme Court, Appellate Division, First Department. December 2, 1910.) Action by Samuel Fleck against Jacob Neidel and another. M. M. Leichter, for appellant. J. Wilkenfeld, for respondents. No opinion. Judgments affirmed, without costs. Orders filed.

FLEISCHMANN BROS. CO., Appellant, v. HIGGINS, Respondent, et al. (Supreme Court, Appellate Division, First Department. December 9, 1910.) Action by the Fleischmann Bros. Company against William J. Higgins, impleaded with others. H. L. Moses, for appellant. T. F. Keogh, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 125 N. Y. Supp. 1120.

FOX v. AUTOMATIC VAUDEVILLE CO. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Action by William Fox against the Automatic Vaudeville Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 125 N. Y. Supp. 871.

FRAKER, Respondent, v. A. G. HYDE & SONS, Appellant. (Supreme Court, Appellate Division, First Department. December 2, 1910.) Action by E. Porter Fraker against A. G. Hyde & Sons. J. J. Allen, for appellant. J. J. Lenehan, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 135 App. Div. 64, 119 N. Y. Supp. 879.

FRANKLIN BREWING CO., Appellant, v. KOHNER, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by the Franklin Brewing Company against Jacques M. Kohner. No opinion. Order of the Municipal Court reversed, without costs, and motion granted, to the extent of striking from the judgment as entered the amount therein provided for costs.

FRANZ, Respondent, v. STRAUSS, Appellant. (Supreme Court, Appellate Division, First Department. December 16, 1910.) Action by Louise Franz against Herman Strauss. E. P. Mowton, for appellant. I. R. Oeland, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

FRIEDLANDER v. CITRON et al. (Supreme Court, Appellate Division, First Department. December 9, 1910.) Action by Marie Friedlander against Nathan Citron and another. No opinion. Motion denied, with $10 costs. Order filed. See, also, 140 App. Div. 489, 125 N. Y. Supp. 510.

FRIEDLAND REALTY CO. v. PARK et al. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Appeal from Special Term, Queens County. Action by the Friedland Realty Company against William T. Park and others. From an order granting plaintiff leave to discontinue on payment of an additional allowance, plaintiff appeals. Reversed. Abr. A. Silberberg, for appellant. Frank A. Leete, for respondents.

RICH, J. The plaintiff appeals from that portion of an order which gives it leave to discontinue this action upon condition that it pay to the defendants $140 as an additional allowance. We are unable to find anything in the papers presented to the learned court at Special Term which would justify the granting of an extra allowance, and the order, in so far as appealed from, must be reversed, with $10 costs and disbursements. All concur.

FRIEDMAN, Respondent, v. JAMES F. SCHOLES CO., Appellant. (Supreme Court, Appellate Division, Second Department. De-